STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

13-604 consolidated with 13-676 and 13-1097


JEROMIE CHAD SMITH

VERSUS

WESTERN WORLD INSURANCE COMPANY, ET AL.



\*\*\*\*\*\*\*\*\*\*

APPLICATION FOR SUPERVISORY WRITS
FROM THE TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 81,872
HONORABLE ERIC ROGER HARRINGTON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

SHANNON J. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, J. David Painter, and Shannon J. Gremillion, Judges.


                                                    WRIT DENIED.




Robert Lawrence Beck, Jr.
Attorney at Law
P. O. Drawer 12850
Alexandria, LA 71315-2850
(318) 445-6581
COUNSEL FOR PLAINTIFF/APPLICANT:
    Jeromie Chad Smith

**James Allen Lochridge, Jr.**
**Preis & Roy**
**P. O. Drawer 94-C**
**Lafayette, LA 70509**
**(337) 237-6062**
**COUNSEL FOR DEFENDANTS/RESPONDENTS:**
    **Western World Insurance Company**
    **Mid-South Resources Maintenance,Inc.**
    **Felipe Ortiz**

**Thomas Taylor Townsend**
**Kelly, Townsend, & Thomas**
**137 Rue St. Denis**
**Natchitoches,, LA 71457**
**(318) 357-5880**
**COUNSEL FOR PLAINTIFF/APPLICANT:**
    **Jeromie Chad Smith**

**John C. Guillet**
**Corkern, Crews & Guillet**
**P. O. Box 1036**
**Natchitoches, LA 71458-1036**
**(318) 352-2302**
**COUNSEL FOR INTERVENORS/RESPONDENTS:**
    **Halliburton Energy Services, Inc.**
    **ESIS, Inc.**

**Leslie Evalyn Hodge**
**Lindsay Flexer Louapre**
**Brown Sims, P.C.**
**650 Poydras, Ste 2200**
**New Orleans, LA 70130**
**(504) 569-1007**
**COUNSEL FOR INTERVENORS/RESPONDENTS:**
    **Halliburton Energy Services, Inc.**
    **ESIS, Inc.**

**GREMILLION, Judge.**

For the reasons set forth in *Smith v. Western World Ins. Co.*, 13-1097 (La.App. 3 Cir. __/__/14), ___ So.3d ___, the Application for Supervisory Writs filed by Applicants, Halliburton Energy Services, Inc., and ESIS, Inc., is denied as moot.

**WRIT DENIED.**